UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

In Re: the Search of
74 Stonepost Road
Pelham, New Hampshire

2007 FEB -8  P 4: 41

\# 07mj06

## ORDER

After review of the application for search warrant (including the supporting affidavit of Special Agent Norman J. Houle), the search warrant and the government's motion for delay of providing notice of the execution of the search warrant on the above-referenced residence pursuant to 18 U.S.C. 3103a(b), the Court hereby finds that immediate notification of the execution of the warrant may have an adverse result, in that it would seriously jeopardize an ongoing law enforcement investigation; that the warrant does not authorize the seizure of any tangible property; and the warrant provides for the giving of such notice within a reasonable period of its execution.

WHEREFORE, the Court grants the government's motion for delayed notice of the execution of the warrant on the above-referenced residence and orders that notice of the execution of the warrant will be provided within **30 days** of the execution of the warrant, unless, upon a showing of good cause, that period is extended by this Court.

Dated: February 8, 2007

Honorable James R. Muirhead
United States Magistrate Judge